UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LEROY MAURICE BRUNK,

      Defendant.

_____/   **INDICTMENT**

The Grand Jury charges**:**

### COUNT 1
(Wire Fraud)

On or about January 15, 2018, in Gogebic County, in the Northern Division of the Western District of Michigan and elsewhere,

**LEROY MAURICE BRUNK**

devised a scheme to defraud the Lac Vieux Desert Band of Lake Superior Chippewa Indians and to obtain money by means of materially false and fraudulent pretenses, representations and promises.

Specifically, he submitted a fraudulent application for vocational training school financial assistance, falsely claiming that he had been accepted as a trainee in a diesel mechanic training program with a company known as Fat Face Trucking, knowing that such program did not exist.

On or about January 15, 2018, for the purpose of executing the scheme described above, the defendant transmitted by means of wire communication in interstate commerce, that is, a facsimile transmission, his application for vocational training school financial assistance from Texas to the Lac Vieux Desert Band of Lake Superior Chippewa Indians in Gogebic County,

Michigan, resulting in payment of $9,788.00 to which he was not entitled.

**18 U.S.C. § 1343**

## COUNT 2

(Theft from an Indian tribal organization)

In or about January 2018, in Gogebic County, in the Western District of Michigan, Northern Division and elsewhere,

**LEROY MAURICE BRUNK**

stole, knowingly converted to his use, and willfully misapplied money in excess of $1,000.00 belonging to an Indian tribal organization, that is, the Lac Vieux Desert Band of Lake Superior Chippewa Indians.  Specifically, he stole, knowingly converted to his use, and willfully misapplied $9,788.00 in vocational training financial assistance money from the Lac Vieux Desert Band of Lake Superior Chippewa Indians Education Department, an Indian tribal organization, knowing the moneys to have been willfully misapplied and to which he knew he was not entitled.

**18 U.S.C. § 1163**

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
PAUL D. LOCHNER
Assistant United States Attorney